UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YAZID MALIK BEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-19-722 |
| | § | |
| GEORGE W. BAMBERG, JR., | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 25. The M&R recommends granting defendant George Bamberg's motion to dismiss (Dkts. 3 & 13) plaintiff Yazid Bey's complaint. The M&R also recommends denying Bey's emergency motion (Dkt. 24).

Objections to the M&R were due on October 11, 2019, but Bey has not filed any objections to date. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motions, M&R, pleadings, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 25). For the reasons stated in the M&R, Bamberg's motion to dismiss (Dkts. 3 & 13) is GRANTED, and Bey's emergency motion (Dkt. 24) is DENIED.

Signed at Houston, Texas on October 17, 2019.

_____
Gray H. Miller
Senior United States District Judge